1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Estate of THOMAS F. WEIS,

      Decedent,

_____

JONATHAN T. WEIS, et al.,

      Plaintiffs,

vs.

KIMBERLY-CLARK CORP., as administrator
of the Kimberly-Clark Incentive Investment
Plan; KIMBERLY-CLARK INCENTIVE
INVESTMENT PLAN, currently known as the
KIMBERLY-CLARK RETIREMENT
CONTRIBUTION PLAN (previously sued as
DOE 1); HEWITT ASSOCIATES, LLC, a/k/a
AON HEWITT (previously sued as DOE 2),
LINDA MARGARET (WEIS) ZEILSTRA, an
individual, and DOES 3 through 10, inclusive,

      Defendants.

No. SACV 09-01089 CJC
(MLGx)

Honorable Cormac J. Carney

**ORDER DISMISSING
ACTION WITH PREJUDICE**

      The Court, having reviewed the parties' Stipulation Dismissing Action With
Prejudice, and for good cause shown, orders as follows:

      1.    The instant action is dismissed in its entirety with prejudice.

1

2.     Each party shall bear its own costs and fees incurred in connection with this action.

3.     Irrespective of the above, the Court shall retain jurisdiction in the event that certain conditions in the Settlement Agreement become applicable and it is necessary for the matter to be resolved by the Court.

**SO ORDERED.**

DATE: <u>August 23, 2012.</u>

_____.
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE